

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IMAGINARY IMAGES INC. et al.,

    Plaintiffs,

v.

PAMELA O'BERRY EVANS, et al.,

    Defendants.

Action No. 3:08-CV-398

## ORDER

THIS MATTER is before the Court on Plaintiffs' Motion for Preliminary Injunction (Docket No. 3). Upon due consideration and for the reasons stated in the accompanying Memorandum Opinion, the Motion for Preliminary Injunction will be DENIED in part, as to Virginia Code sections 4.1-226, 4.1-325, and ABC Regulation, 3 Va. Admin. Code § 5-50-140, with the exception of the term "reasonably separated." The Motion will be GRANTED in part, as it pertains to Virginia Code sections 4.1-222(A)(1)(g), 4.1-223(3), and the phrase "reasonably separated" contained within ABC Regulation, 3 Va. Admin. Code § 5-50-140. These specific sections and phrase will be hereby permanently enjoined.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

/s/
James R. Spencer
Chief United States District Judge

ENTERED this 19th day of December 2008